(6 Misc. Rep. 440.)

## KURZMANN v. NEW YORK & R. B. R. CO.

(City Court of Brooklyn, General Term. January 22, 1894.)

CARRIERS—INJURY TO PASSENGER—EVIDENCE.

A judgment against a railroad company for injuries to a passenger while alighting from a train will be reversed where there is no satisfactory evidence that defendant was the owner or lessee in possession of the train or the tracks, or was the employer of those in charge of the train, and there is no proof that defendant owns any road or tracks.

Appeal from trial term.

Action by Lena Kurzmann against the New York & Rockaway Beach Railroad Company for personal injuries. From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before CLEMENT, C. J., and VAN WYCK, J.

Wm. C. Beecher, for appellant.

Hurd & Grim, for respondent.

VAN WYCK, J. In the complaint it is alleged that defendant is a corporation, and a common carrier of passengers between Flatbush avenue, Brooklyn, and Rockaway Beach, Queens county, and was or is the owner or lessee in possession of the engines, cars, tracks, and switches operated and used by it between said termini, and the employer of the conductors, engineers, and brakemen employed in and about said engines and cars; and that plaintiff was injured while alighting at Franklin avenue station, Brooklyn, from one of said cars, through the negligence of those in charge thereof. The answer denies every allegation except that defendant is a corporation. From the judgment in favor of plaintiff, this appeal is taken.

A careful perusal of the testimony discloses no satisfactory evidence that defendant was the owner or lessee in possession of the train or the tracks, or the employer of those in charge of the train. There is no proof of what, if any, roadbeds or tracks the defendant owns, or where the same begin or end; and it is uncontroverted that this train, at the time of the accident, was on Atlantic avenue, Brooklyn, at Franklin avenue station, on the tracks of the Long Island Railroad Company. There is evidence that the latter company runs trains over the track from Rockaway Beach to this station. Whether or not the train in question was in charge of defendant ought to be capable of easy proof. Judgment and order must be reversed, and new trial granted, with costs to appellant to abide the event.